Antero Resources Corporation
1615 WYNKOOP STREET
DENVER, CO 80202
303-357-6440



| Payee No.: 561584 | Payee Name: THE GRISSOMS, LLC | Check Date: 4/26/2017 | Check No.: 0000249783 | Check Total: 68,491.25 |

| Well # | | | Well Name | | | | State | | County | | Owner | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sale Date | PC | Type Int | Price | Quantity | Value | Deductions | Net | Interest | Paid Int | Value | Deductions | Net Value |
| 11017.1 | | | MAHONEY UNIT 1H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 11.25 | (8,956.00) | (100,790.00) | | (100,790.00) | 0.03447596 | 0.03447596 | (3,474.83) | 0.00 | (3,474.83) |
| | BTU Factor: 3.0066 | | | | | | | | | | | |
| 11017.1 | | | MAHONEY UNIT 1H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 4.79 | 119,917.00 | 569,216.62 | 5,216.53 CMR1 17,038.55 COM1 11,184.56 FUL4U 59,854.72 GTH3 3,567.51 OH_SEV2 69,956.13 TRN3 | 402,388.82 | 0.03447596 | 0.03447596 | 19,624.29 | 2,411.80 TRN3 | 17,212.49 |
| | BTU Factor: 1.2788 | | | | | | | | | | | |
| 11017.1 | | | MAHONEY UNIT 1H | | | | OH | | Noble | | | |
| 1/1/2017 | PPROD | R1 | 0.79 | 273,037.60 | 216,075.56 | 98,897.27 PRC2 | 117,178.29 | 0.03447596 | 0.03447596 | 7,449.41 | 3,409.58 PRC2 | 4,039.83 |
| | BTU Factor: N/A | | | | | | | | | | | |
| 11017.1 | | | MAHONEY UNIT 1H | | | | OH | | Noble | | | |
| 3/1/2017 | OIL | R1 | 39.57 | 610.78 | 24,174.37 | 0.00 GTH3 122.16 OH_SEV2 0.00 STB | 24,052.21 | 0.03447596 | 0.03447596 | 833.43 | 0.00 | 833.43 |
| | BTU Factor: N/A | | | | | | | | | | | |
| 11018.1 | | | MAHONEY UNIT 2H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 4.91 | 100,292.00 | 492,978.86 | 4,399.51 CMR1 14,369.94 COM1 9,486.81 FUL4U 50,488.60 GTH3 3,008.76 OH_SEV2 59,345.31 TRN3 | 341,779.93 | 0.03447596 | 0.03447596 | 16,647.71 | 2,045.99 TRN3 | 14,601.72 |
| | BTU Factor: 1.2963 | | | | | | | | | | | |
| 11018.1 | | | MAHONEY UNIT 2H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 11.40 | (7,659.00) | (87,303.67) | | (87,303.67) | 0.03447596 | 0.03447596 | (3,009.88) | 0.00 | (3,009.88) |
| | BTU Factor: 3.0453 | | | | | | | | | | | |
| 11018.1 | | | MAHONEY UNIT 2H | | | | OH | | Noble | | | |
| 1/1/2017 | PPROD | R1 | 0.80 | 235,269.60 | 187,498.16 | 84,817.57 PRC2 | 102,680.59 | 0.03447596 | 0.03447596 | 5,464.18 | 2,924.17 PRC2 | 3,540.01 |
| | BTU Factor: N/A | | | | | | | | | | | |
| 11018.1 | | | MAHONEY UNIT 2H | | | | OH | | Noble | | | |
| 3/1/2017 | OIL | R1 | 39.57 | 400.01 | 15,826.66 | 0.00 GTH3 80.00 OH_SEV2 0.00 STB | 15,746.66 | 0.03447596 | 0.03447596 | 545.64 | 0.00 | 545.64 |
| | BTU Factor: N/A | | | | | | | | | | | |
| 11044.1 | | | GRISSOM UNIT 1H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 4.75 | 48,841.00 | 231,982.34 | 2,142.51 CMR1 6,997.99 COM1 4,557.58 FUL4U | 163,633.59 | 0.04173982 | 0.04173982 | 9,678.73 | 1,189.51 TRN3 | 8,489.22 |

Printed: 4/27/2017 2:03:22 PM                              Page:    1  of  3

PLAINTIFF'S EXHIBIT 3

Antero Resources Corporation
1615 WYNKOOP STREET
DENVER, CO 80202
303-357-6440



| Payee No.: 561584 | Payee Name: THE GRISSOMS, LLC | Check Date: 4/26/2017 | Check No.: 0000249783 | Check Total: 69,491.26 |

| Well # | | | Well Name | | | | State | | County | | |
| Sale Date | PC | Type Int | Price | Quantity | Gross Value | Deductions | Net | Interest | Paid Int | Owner Value | Deductions | Net Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 24,587.34 GTH3 | | | | | | |
| | | | | | | 1,465.23 OH_SEV2 | | | | | | |
| | | | | | | 26,498.10 TRN3 | | | | | | |
| BTU Factor: 1.2684 | | | | | | | | | | | | |
| 11044.1 | | | GRISSOM UNIT 1H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 11.19 | (3,517.00) | (39,343.55) | | (39,343.55) | 0.04173982 | 0.04173982 | (1,642.19) | 0.00 | (1,642.19) |
| BTU Factor: 2.9886 | | | | | | | | | | | | |
| 11044.1 | | | GRISSOM UNIT 1H | | | | OH | | Noble | | | |
| 1/1/2017 | PPROD | R1 | 0.79 | 106,843.10 | 84,299.83 | 0.00 OH_SEV2 | 44,958.96 | 0.04173982 | 0.04173982 | 3,518.66 | 1,642.08 PRC2 | 1,876.58 |
| | | | | | | 39,340.87 PRC2 | | | | | | |
| BTU Factor: N/A | | | | | | | | | | | | |
| 11044.1 | | | GRISSOM UNIT 1H | | | | OH | | Noble | | | |
| 3/1/2017 | OIL | R1 | 39.53 | 174.54 | 6,904.24 | 0.00 GTH3 | 6,869.33 | 0.04173982 | 0.04173982 | 288.18 | 0.00 | 288.18 |
| | | | | | | 34.91 OH_SEV2 | | | | | | |
| | | | | | | 0.00 STB | | | | | | |
| BTU Factor: N/A | | | | | | | | | | | | |
| 11045.1 | | | GRISSOM UNIT 2H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 4.73 | 41,497.00 | 196,253.36 | 1,820.35 CMR1 | 138,374.87 | 0.04173982 | 0.04173982 | 8,191.58 | 1,006.74 TRN3 | 7,184.84 |
| | | | | | | 5,945.73 COM3 | | | | | | |
| | | | | | | 3,857.92 FUL40 | | | | | | |
| | | | | | | 20,890.25 GTH3 | | | | | | |
| | | | | | | 1,244.91 OH_SEV2 | | | | | | |
| | | | | | | 24,119.33 TRN3 | | | | | | |
| BTU Factor: 1.2635 | | | | | | | | | | | | |
| 11045.1 | | | GRISSOM UNIT 2H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 11.15 | (2,914.00) | (32,486.22) | | (32,486.22) | 0.04173982 | 0.04173982 | (1,355.97) | 0.00 | (1,355.97) |
| BTU Factor: 2.9784 | | | | | | | | | | | | |
| 11045.1 | | | GRISSOM UNIT 2H | | | | OH | | Noble | | | |
| 1/1/2017 | PPROD | R1 | 0.79 | 88,356.40 | 69,517.63 | 0.00 OH_SEV2 | 36,673.68 | 0.04173982 | 0.04173982 | 2,901.65 | 1,370.90 PRC2 | 1,530.75 |
| | | | | | | 32,843.95 PRC2 | | | | | | |
| BTU Factor: N/A | | | | | | | | | | | | |
| 11045.1 | | | GRISSOM UNIT 2H | | | | OH | | Noble | | | |
| 3/1/2017 | OIL | R1 | 39.57 | 113.88 | 4,502.86 | 0.00 GTH3 | 4,480.08 | 0.04173982 | 0.04173982 | 187.95 | 0.00 | 187.95 |
| | | | | | | 22.78 OH_SEV2 | | | | | | |
| | | | | | | 0.00 STB | | | | | | |
| BTU Factor: N/A | | | | | | | | | | | | |
| 11046.1 | | | GRISSOM UNIT 3H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 11.10 | (3,077.00) | (34,163.12) | | (34,163.12) | 0.04173982 | 0.04173982 | (1,425.96) | 0.00 | (1,425.96) |
| BTU Factor: 2.9662 | | | | | | | | | | | | |
| 11046.1 | | | GRISSOM UNIT 3H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 4.72 | 44,074.00 | 208,095.76 | 1,933.39 CMR1 | 146,671.94 | 0.04173982 | 0.04173982 | 8,685.88 | 1,067.49 TRN3 | 7,618.39 |

Printed: 4/27/2017 2:03:22 PM        Page:  2  of  3        EisRpt0001000158

Antero Resources Corporation
1615 WYNKOOP STREET
DENVER, CO 80202
303-357-6440



| Payee No.: 561584 | Payee Name: THE GRISSOMS, LLC | Check Date: 4/26/2017 | Check No.: 0000249783 | Check Total: 68,491.26 |

| Well # | | | Well Name | | | | State | County | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sale Date | PC | Type Int | Price | Quantity | Gross Value | Deductions | Net | Interest | Paid Int | Value | Deductions | Net Value |
| | | | | | | 6,314.97 COM1 | | | | | | |
| | | | | | | 4,050.93 FUL4U | | | | | | |
| | | | | | | 22,187.56 GTH3 | | | | | | |
| | | | | | | 1,322.22 OH_SEV2 | | | | | | |
| | | | | | | 25,574.75 TRN3 | | | | | | |
| | BTU Factor: 1.2614 | | | | | | | | | | | |
| 11046.1 | | | GRISSOM UNIT 3H | | | | OH | | Noble | | | |
| 1/1/2017 | PPROD | R1 | 0.79 | 93,075.60 | 73,094.45 | 0.00 OH_SEV2 | 38,376.91 | 0.04173982 | 0.04173982 | 3,049.28 | 1,447.43 PRC2 | 1,601.85 |
| | | | | | | 34,677.54 PRC2 | | | | | | |
| | BTU Factor: N/A | | | | | | | | | | | |
| 11046.1 | | | GRISSOM UNIT 3H | | | | OH | | Noble | | | |
| 3/1/2017 | OIL | R1 | 39.45 | 56.56 | 2,230.87 | 0.00 GTH3 | 2,219.56 | 0.04173982 | 0.04173982 | 93.12 | 0.00 | 93.12 |
| | | | | | | 11.31 OH_SEV2 | | | | | | |
| | | | | | | 0.00 STB | | | | | | |
| | BTU Factor: N/A | | | | | | | | | | | |
| 11067.1 | | | GRISSOM UNIT 4H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 4.75 | 53,919.00 | 256,175.29 | 2,365.26 CMR1 | 180,804.62 | 0.04173982 | 0.04173982 | 10,692.71 | 1,314.12 TRN3 | 9,378.59 |
| | | | | | | 7,725.57 COM1 | | | | | | |
| | | | | | | 6,034.90 FUL4U | | | | | | |
| | | | | | | 27,143.69 GTH3 | | | | | | |
| | | | | | | 1,617.57 OH_SEV2 | | | | | | |
| | | | | | | 31,483.68 TRN3 | | | | | | |
| | BTU Factor: 1.2693 | | | | | | | | | | | |
| 11067.1 | | | GRISSOM UNIT 4H | | | | OH | | Noble | | | |
| 1/1/2017 | GAS | R1 | 11.17 | (3,907.00) | (43,644.35) | | (43,644.35) | 0.04173982 | 0.04173982 | (1,821.71) | 0.00 | (1,821.71) |
| | BTU Factor: 2.9844 | | | | | | | | | | | |
| 11067.1 | | | GRISSOM UNIT 4H | | | | OH | | Noble | | | |
| 1/1/2017 | PPROD | R1 | 0.79 | 118,606.80 | 93,506.31 | 0.00 OH_SEV2 | 49,936.59 | 0.04173982 | 0.04173982 | 3,903.02 | 1,818.68 PRC2 | 2,084.34 |
| | | | | | | 43,571.72 PRC2 | | | | | | |
| | BTU Factor: N/A | | | | | | | | | | | |
| 11067.1 | | | GRISSOM UNIT 4H | | | | OH | | Noble | | | |
| 3/1/2017 | OIL | R1 | 39.47 | 69.76 | 2,751.96 | 0.00 GTH3 | 2,738.01 | 0.04173982 | 0.04173982 | 114.87 | 0.00 | 114.87 |
| | | | | | | 13.95 OH_SEV2 | | | | | | |
| | | | | | | 0.00 STB | | | | | | |
| | BTU Factor: N/A | | | | | | | | | | | |

| | Owner Gross | Owner Net Deductions | Owner Net |
|---|---|---|---|
| Current Check | 90,139.75 | 21,648.49 | 68,491.26 |
| Year to Date | 313,097.09 | 66,708.67 | 246,388.42 |

Total Check Amount 68,491.26