**ANTERO RESOURCES CORPORATION**
1615 WYNKOOP STREET
DENVER  CO  80202
303-357-6440

Check Number:     000011924

9-29-15

THE GRISSOMS, LLC
55988 SENECA LAKE ROAD
QUAKER CITY  OH  43773

| Prod Date | Product Int Type | BTU Price | Deck Dcml Dist Dcml | Gross Volume Owner Volume | Gross Value Owner Value | Rlty Chargebacks | Gross Taxes Owner Taxes | Gross Deducts Owner Deducts | Gross Net Owner Net |
|---|---|---|---|---|---|---|---|---|---|
| **Prop  11017.1** | | | **MAHONEY UNIT 1H** | | OH Noble | | | | |
| 06/2015 | GAS | 1.304500 | | 218,762.00 | 802,475.79 | | 8,649.30 | 238,334.40 | 555,492.09 |
|  | R1 | 3.67 | 0.03447596 | 7,542.03 | 27,666.12 | 0.00 | 71.93 | 3,281.57 | 24,312.62 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 2,086.44 | | | OHIO COMMERCIAL AC | 71.93 |
| | | | | TRN3 | 95,184.42 | | | Transportation | 3,281.57 |
| 06/2015 | GAS | 1.000000 | | 0.00 | 0.00 | | 0.00 | 60,339.90 | -60,339.90 |
|  | R1 | 0.00 | 0.03447596 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2015 | OIL | 0.000000 | | -11,381.59 | -373,456.94 | | -3,247.31 | -54,920.51 | -315,289.12 |
|  | R1 | 32.81 | 0.03447596 | -392.39 | -12,875.29 | 0.00 | -33.48 | 0.00 | -12,841.81 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -970.99 | | | OHIO COMMERCIAL AC | -33.48 |
| 07/2015 | OIL | 0.000000 | | 9,564.55 | 312,000.57 | | 2,724.11 | 43,941.16 | 265,335.30 |
|  | R1 | 32.62 | 0.03447596 | 329.75 | 10,756.52 | 0.00 | 27.97 | 0.00 | 10,728.55 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 811.20 | | | OHIO COMMERCIAL AC | 27.97 |
| 08/2015 | OIL | 0.000000 | | 7,246.05 | 184,879.60 | | 1,929.90 | 34,683.22 | 148,266.48 |
|  | R1 | 25.51 | 0.03447596 | 249.81 | 6,373.90 | 0.00 | 16.57 | 0.00 | 6,357.33 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 480.69 | | | OHIO COMMERCIAL AC | 16.57 |
| **Prop  11018.1** | | | **MAHONEY UNIT 2H** | | OH Noble | | | | |
| 06/2015 | GAS | 1.000000 | | 0.00 | 0.00 | | 0.00 | 57,474.47 | -57,474.47 |
|  | R1 | 0.00 | 0.03447596 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2015 | GAS | 1.295000 | | 209,903.00 | 764,371.70 | | 8,284.46 | 228,017.72 | 528,069.52 |
|  | R1 | 3.64 | 0.03447596 | 7,236.61 | 26,352.45 | 0.00 | 68.52 | 3,125.75 | 23,158.18 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 1,987.37 | | | OHIO COMMERCIAL AC | 68.52 |
| | | | | TRN3 | 90,664.76 | | | Transportation | 3,125.75 |
| 07/2015 | OIL | 0.000000 | | 9,376.75 | 305,871.48 | | 2,670.62 | 43,079.39 | 260,121.47 |
|  | R1 | 32.62 | 0.03447596 | 323.27 | 10,545.21 | 0.00 | 27.42 | 0.00 | 10,517.79 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 795.27 | | | OHIO COMMERCIAL AC | 27.42 |
| 07/2015 | OIL | 0.000000 | | -11,156.77 | -366,076.98 | | -3,183.15 | -53,836.78 | -309,057.05 |
|  | R1 | 32.81 | 0.03447596 | -384.64 | -12,620.86 | 0.00 | -32.81 | 0.00 | -12,588.05 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -951.80 | | | OHIO COMMERCIAL AC | -32.81 |
| 08/2015 | OIL | 0.000000 | | 6,858.14 | 174,982.28 | | 1,826.58 | 32,826.57 | 140,329.13 |
|  | R1 | 25.51 | 0.03447596 | 236.44 | 6,032.68 | 0.00 | 15.68 | 0.00 | 6,017.00 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 454.95 | | | OHIO COMMERCIAL AC | 15.68 |
| **Prop  11044.1** | | | **GRISSOM UNIT 1H** | | OH Noble | | | | |
| 04/2015 | OIL | 0.000000 | | -5,754.07 | -233,505.62 | | -1,757.92 | -21,412.00 | -210,335.70 |
|  | R1 | 40.58 | 0.04173982 | -240.17 | -9,746.48 | 0.00 | -25.34 | 0.00 | -9,721.14 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -607.11 | | | OHIO COMMERCIAL AC | -25.34 |
| 04/2015 | OIL | 0.000000 | | 5,616.20 | 210,625.51 | | 1,670.87 | 24,834.78 | 184,119.86 |
|  | R1 | 37.50 | 0.04173982 | 234.42 | 8,791.47 | 0.00 | 22.86 | 0.00 | 8,768.61 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 547.63 | | | OHIO COMMERCIAL AC | 22.86 |
| | | | | 300 | 162,417.00 | 606,426.89 | | 6,449.22 | 178,210.22 | 421,767.45 |

⇐ Owner     Check Date: 09/29/2015     Check Amount ⇒     146,805.59

PLAINTIFF'S EXHIBIT 4

| Date | Prod | Price | Tax Rate | Deduct | Gross | | Owner Tax | Description | Owner |
|---|---|---|---|---|---|---|---|---|---|
| | R1 | 3.73 | 0.04173982 | 6,779.26 | 25,312.15 | 0.00 | 65.81 | 3,002.36 | 22,243.98 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 1,576.71 | | | OHIO COMMERCIAL AC | 65.81 |
| | | | | TRN3 | 71,930.38 | | | Transportation | 3,002.36 |
| 06/2015 | GAS | 1.000000 | | 0.00 | 0.00 | | 0.00 | 45,599.39 | -45,599.39 |
| | R1 | 0.00 | 0.04173982 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2015 | OIL | 0.000000 | | -5,065.11 | -160,975.96 | | -1,431.56 | -17,501.38 | -142,043.02 |
| | R1 | 31.78 | 0.04173982 | -211.42 | -6,719.11 | 0.00 | -17.47 | 0.00 | -6,701.64 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -418.54 | | | OHIO COMMERCIAL AC | -17.47 |
| 07/2015 | OIL | 0.000000 | | 4,487.56 | 141,439.67 | | 1,265.25 | 14,008.49 | 126,165.93 |
| | R1 | 31.52 | 0.04173982 | 187.31 | 5,903.67 | 0.00 | 15.35 | 0.00 | 5,888.32 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 367.74 | | | OHIO COMMERCIAL AC | 15.35 |
| 08/2015 | OIL | 0.000000 | | 4,158.29 | 105,102.06 | | 1,104.93 | 15,522.49 | 88,474.64 |
| | R1 | 25.28 | 0.04173982 | 173.57 | 4,386.94 | 0.00 | 11.41 | 0.00 | 4,375.53 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 273.27 | | | OHIO COMMERCIAL AC | 11.41 |
| Prop 11045.1 | | | GRISSOM UNIT 2H | | OH Noble | | | | |
| 04/2015 | OIL | 0.000000 | | -6,617.47 | -268,543.45 | | -2,021.70 | -24,625.35 | -241,896.40 |
| | R1 | 40.58 | 0.04173982 | -276.21 | -11,208.96 | 0.00 | -29.14 | 0.00 | -11,179.82 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -698.21 | | | OHIO COMMERCIAL AC | -29.14 |
| 04/2015 | OIL | 0.000000 | | 6,458.89 | 242,228.43 | | 1,921.57 | 28,561.50 | 211,745.36 |
| | R1 | 37.50 | 0.04173982 | 269.59 | 10,110.57 | 0.00 | 26.29 | 0.00 | 10,084.28 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 629.79 | | | OHIO COMMERCIAL AC | 26.29 |
| 06/2015 | GAS | 1.000000 | | 0.00 | 0.00 | | 0.00 | 36,556.00 | -36,556.00 |
| | R1 | 0.00 | 0.04173982 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2015 | GAS | 1.332900 | | 129,709.00 | 486,162.60 | | 5,155.29 | 142,542.32 | 338,464.99 |
| | R1 | 3.75 | 0.04173982 | 5,414.03 | 20,292.34 | 0.00 | 52.76 | 2,406.94 | 17,832.64 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 1,264.02 | | | OHIO COMMERCIAL AC | 52.76 |
| | | | | TRN3 | 57,665.42 | | | Transportation | 2,406.94 |
| 07/2015 | OIL | 0.000000 | | 3,854.32 | 121,482.45 | | 1,086.71 | 12,031.65 | 108,364.09 |
| | R1 | 31.52 | 0.04173982 | 160.88 | 5,070.66 | 0.00 | 13.18 | 0.00 | 5,057.48 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 315.85 | | | OHIO COMMERCIAL AC | 13.18 |
| 07/2015 | OIL | 0.000000 | | -4,353.54 | -138,362.47 | | -1,230.45 | -15,042.54 | -122,089.48 |
| | R1 | 31.78 | 0.04173982 | -181.72 | -5,775.22 | 0.00 | -15.02 | 0.00 | -5,760.20 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -359.74 | | | OHIO COMMERCIAL AC | -15.02 |
| 08/2015 | OIL | 0.000000 | | 3,451.59 | 87,239.17 | | 917.14 | 12,884.70 | 73,437.33 |
| | R1 | 25.28 | 0.04173982 | 144.07 | 3,641.35 | 0.00 | 9.47 | 0.00 | 3,631.88 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 226.82 | | | OHIO COMMERCIAL AC | 9.47 |
| Prop 11046.1 | | | GRISSOM UNIT 3H | | OH Noble | | | | |
| 04/2015 | OIL | 0.000000 | | -6,881.33 | -279,251.06 | | -2,102.32 | -25,605.74 | -251,543.00 |
| | R1 | 40.58 | 0.04173982 | -287.23 | -11,655.89 | 0.00 | -30.31 | 0.00 | -11,625.58 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -726.05 | | | OHIO COMMERCIAL AC | -30.31 |
| 04/2015 | OIL | 0.000000 | | 6,717.03 | 251,911.75 | | 1,998.38 | 29,701.87 | 220,211.50 |
| | R1 | 37.50 | 0.04173982 | 280.37 | 10,514.75 | 0.00 | 27.34 | 0.00 | 10,487.41 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 654.97 | | | OHIO COMMERCIAL AC | 27.34 |
| 06/2015 | GAS | 1.305800 | | 157,718.00 | 579,125.27 | | 6,237.27 | 171,897.02 | 400,990.98 |
| | R1 | 3.67 | 0.04173982 | 6,583.12 | 24,172.58 | 0.00 | 62.85 | 2,867.19 | 21,242.54 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 1,505.73 | | | OHIO COMMERCIAL AC | 62.85 |
| | | | | TRN3 | 68,692.04 | | | Transportation | 2,867.19 |
| 06/2015 | GAS | 1.000000 | | 0.00 | 0.00 | | 0.00 | 43,543.82 | -43,543.82 |
| | R1 | 0.00 | 0.04173982 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2015 | OIL | 0.000000 | | 1,821.38 | 57,433.24 | | 513.61 | 5,683.45 | 51,236.18 |
| | R1 | 31.53 | 0.04173982 | 76.02 | 2,397.25 | 0.00 | 6.23 | 0.00 | 2,391.02 |
| | | | | Deduct | Gross | | | Description | Owner |

| 561584 | ← Owner | Check Date: 09/29/2015 | Check Amount ⇒ | 146,805.59 |
|---|---|---|---|---|

| Date | Prod | Vol | Price | Deduct | Gross | | Net | Description | Owner |
|---|---|---|---|---|---|---|---|---|---|
| | | | | OH_CAT | 149.33 | | | OHIO COMMERCIAL AC | 6.23 |
| 07/2015 | OIL | 0.000000 | | -2,054.08 | -65,307.32 | | -580.62 | -7,094.06 | -57,632.64 |
| | R1 | 31.79 | 0.04173982 | -85.74 | -2,725.92 | 0.00 | -7.09 | 0.00 | -2,718.83 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -169.80 | | | OHIO COMMERCIAL AC | -7.09 |
| 08/2015 | OIL | 0.000000 | | 2,855.60 | 72,196.59 | | 758.83 | 10,651.40 | 60,786.36 |
| | R1 | 25.28 | 0.04173982 | 119.19 | 3,013.47 | 0.00 | 7.83 | 0.00 | 3,005.64 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 187.71 | | | OHIO COMMERCIAL AC | 7.83 |
| Prop 11067.1 | | | GRISSOM UNIT 4H | | OH Noble | | | | |
| 04/2015 | OIL | 0.000000 | | -2,433.00 | -98,733.57 | | -743.31 | -9,031.62 | -88,958.64 |
| | R1 | 40.58 | 0.04173982 | -101.55 | -4,121.12 | 0.00 | -10.72 | 0.00 | -4,110.40 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -256.71 | | | OHIO COMMERCIAL AC | -10.72 |
| 04/2015 | OIL | 0.000000 | | 2,375.32 | 89,113.65 | | 706.76 | 10,486.74 | 77,920.15 |
| | R1 | 37.52 | 0.04173982 | 99.15 | 3,719.59 | 0.00 | 9.67 | 0.00 | 3,709.92 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 231.70 | | | OHIO COMMERCIAL AC | 9.67 |
| 06/2015 | GAS | 1.000000 | | 0.00 | 0.00 | | 0.00 | 47,618.41 | -47,618.41 |
| | R1 | 0.00 | 0.04173982 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2015 | GAS | 1.275900 | | 176,499.00 | 633,249.18 | | 6,941.42 | 190,606.46 | 435,701.30 |
| | R1 | 3.59 | 0.04173982 | 7,367.04 | 26,431.71 | 0.00 | 68.72 | 3,135.16 | 23,227.83 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 1,646.45 | | | OHIO COMMERCIAL AC | 68.72 |
| | | | | TRN3 | 75,111.87 | | | Transportation | 3,135.16 |
| 07/2015 | OIL | 0.000000 | | 1,119.29 | 35,321.61 | | 315.70 | 3,490.34 | 31,515.57 |
| | R1 | 31.56 | 0.04173982 | 46.72 | 1,474.32 | 0.00 | 3.83 | 0.00 | 1,470.49 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 91.84 | | | OHIO COMMERCIAL AC | 3.83 |
| 07/2015 | OIL | 0.000000 | | -1,263.45 | -40,196.41 | | -357.20 | -4,360.03 | -35,479.18 |
| | R1 | 31.81 | 0.04173982 | -52.74 | -1,677.79 | 0.00 | -4.36 | 0.00 | -1,673.43 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | -104.51 | | | OHIO COMMERCIAL AC | -4.36 |
| 08/2015 | OIL | 0.000000 | | 1,153.79 | 29,243.51 | | 306.79 | 4,273.67 | 24,663.05 |
| | R1 | 25.35 | 0.04173982 | 48.16 | 1,220.62 | 0.00 | 3.17 | 0.00 | 1,217.45 |
| | | | | Deduct | Gross | | | Description | Owner |
| | | | | OH_CAT | 76.03 | | | OHIO COMMERCIAL AC | 3.17 |
| | | | Gross Totals: | | 4,268,473.22 | | 46,779.17 | 1,533,971.54 | 2,687,722.51 |
| | | | Net Totals: | | 165,053.68 | 0.00 | 429.12 | 17,818.97 | 146,805.59 |

| | Owner Gross | Owner Net Deductions | Owner Net Totals |
|---|---|---|---|
| Current Check | 165,053.68 | 18,248.09 | 146,805.59 |
| Year To Date | 811,363.00 | 82,447.51 | 728,915.49 |

| 561584 | ⇐ Owner | Check Date: 09/29/2015 | Check Amount ⇒ | 146,805.59 |