# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ELAINE GRISSOM, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTERO RESOURCES CORPORATION, <br><br> Defendant. | Case No. 2:20-CV-2028 <br> JUDGE EDMUND A. SARGUS, JR. <br> Magistrate Judge Elizabeth Deavers |

## ORDER APPROVING REVISED CLASS NOTICE

This matter is before the Court on the Joint Motion to Approve Revised Class Notice. (ECF No. 69). On October 31, 2022, the Court granted Elaine Grissom, Torjimar, Inc., and The Grissoms, LLC (collectively, "Plaintiffs") Motion to Approve Notice Plan. (ECF No. 68.) The class notice approved by the Court references Plaintiff Elaine Grissom as a class representative in this case. On November 4, 2022, Plaintiffs and Defendant Antero Resources Corporation ("Antero") filed a Joint Stipulation of Voluntary Dismissal of Plaintiffs Elaine Grissom and Torjimar, Inc. in which Plaintiffs Elaine Grissom and Torjimar, Inc. voluntarily dismissed their claims against Antero leaving only Plaintiff The Grissoms LLC as the plaintiff and class representative in this case.

To ensure that the Class Notice contains accurate and up-to-date information, Plaintiff The Grissoms LLC and Antero have agreed to revisions to the approved class notice to remove any mention of Elaine Grissom as a plaintiff and class representative in the class notice. Upon consideration thereof, the Court **GRANTS** the subject motion (ECF No. 69), **APPROVES** the

proposed revisions to the class notice, and further **ORDERS** that such class notice shall be mailed by the Notice Administrator, Epperly Re:Solutions, within 10 days of entry of this Order.

**IT IS SO ORDERED**

Dated:  11/18/2022                                                                                     s/Edmund A. Sargus, Jr.
                                                                                                                        EDMUND A. SARGUS, JR.
                                                                                                                        UNITED STATES DISTRICT JUDGE