# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE GRISSOMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANTERO RESOURCES CORPORATION,<br><br>    Defendant. | Case No. 2:20-CV-2028-EAS-EPD<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE<br>ELIZABETH A. PRESTON DEAVERS |

## ORDER APPROVING REVISED CLASS NOTICE

This matter is before the Court on the Second Joint Motion to Approve Revised Class Notice. (ECF No. 75.) On October 31, 2022, the Court granted Elaine Grissom, Torjimar, Inc., and The Grissoms, LLC (collectively, "Plaintiffs") Motion to Approve Notice Plan. (ECF No. 68.) Thereafter, the Court granted a joint motion by Plaintiff The Grissoms, LLC and Defendant Antero Resources Corporation ("Antero") to revise the approved notice to remove references in the notice to Elaine Grissom, who had voluntarily dismissed her claims against Antero. (ECF No. 73.) The Court thereafter entered an Order Setting Trial Date and Settlement Conference, (ECF No. 74), which rendered inaccurate a statement in the approved notice that "[t]he trial has not yet been scheduled."

To ensure that the Class Notice contains accurate and up-to-date information, Plaintiff The Grissoms, LLC and Antero have agreed to a revision to the approved class notice inserting the new trial date in this matter. Upon consideration thereof, the Court **GRANTS** the subject motion (ECF No. 75), **APPROVES** the proposed revision to the class notice, and further **ORDERS** that such

-2-

class notice shall be mailed by the Notice Administrator, Epperly Re:Solutions, within 10 days of entry of this Order.

**IT IS SO ORDERED**

Dated: 11/21/2022

s/Edmund A. Sargus, Jr.

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE