UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE GRISSOMS, LLC,**

    **Plaintiff,**

  v.                               Case No. 2:20-CV-2028
                                      JUDGE EDMUND A. SARGUS, JR.
                                      Magistrate Judge Elizabeth A. Preston Deavers

**ANTERO RESOURCES**
**CORPORATION,**

    **Defendant.**

## ORDER

This matter arises on Plaintiff's Unopposed Motion to Excuse Plaintiff's Lead Trial Counsel from Appearing at Final Pretrial Conference. (ECF No. 123.) Plaintiff's Lead Counsel, Brian R. Swiger, seeks to be excused "appearing at the Final Pretrial Conference scheduled for September 8, 2023." (*Id*., at 1.) The Court has moved the Final Pretrial Conference to September 14, 2023, at 9:30 AM. (ECF No. 124.) Plaintiff's motion is **DENIED AS MOOT**. (ECF No. 123.)

      IT IS SO ORDERED.

**9/7/2023**                                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                              **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**