**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE GRISSOMS, LLC, on behalf of itself and a class of similarly situated plaintiffs,**

      **Plaintiffs,**

   v.                                  Case No. 2:20-CV-2028
                                        JUDGE EDMUND A. SARGUS, JR.
                                        Magistrate Judge Elizabeth A. Preston Deavers

**ANTERO RESOURCES CORPORATION,**

      **Defendant.**

## ORDER

    As stated in this Court's Amended Order (ECF No. 137), the parties have agreed to stipulate to an amount in damages in lieu of holding a trial to determine the amount of damages owed pursuant to this Court's Opinion and Order granting summary judgment to Plaintiff The Grissoms, LLC (ECF No. 99). Accordingly, the Court **ADMINISTRATELY CLOSES** this case and **DIRECTS** the Clerk to **REMOVE** it from this Court's active docket. The parties are **DIRECTED** to contact the Court once the Sixth Circuit has disposed of the appeal in this matter.

    **IT IS SO ORDERED.**

**9/28/2023**                                                        s/Edmund A. Sargus, Jr.
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                      **UNITED STATES DISTRICT COURT**