UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE GRISSOMS, LLC,**

    **Plaintiff,**

    v.                                Case No. 2:20-cv-2028
                                       JUDGE EDMUND A. SARGUS, JR.
                                       Magistrate Judge Elizabeth P. Deavers

**ANTERO RESOURCES**
**CORPORATION,**

    **Defendant.**

## JUDGMENT

    This matter is before the Court following the issuance of its August 6, 2022 Opinion and Order ("Class Certification Order") certifying the Class (ECF No. 59); August 4, 2023 Opinion and Order ("Liability Summary Judgment Order") granting Plaintiff The Grissom, LLC's ("Plaintiff") Motion for Summary Judgment (ECF No. 99); Plaintiff's stipulation with Defendant Antero Resources Corporation ("Antero") with respect to the principal amount of damages Antero owes to Plaintiff and the Class Members pursuant to the Liability Summary Judgment Order (ECF No. 140); and the Court's Opinion and Order denying Plaintiff's Motion for Prejudgment Interest (ECF No. 146).

    On June 24, 2024, the Class Notice Administrator David W. Epperly filed a Declaration (ECF No. 147) that listed the 373 individuals and entities the Parties agreed met the class definition criteria (the "Class List"). As of January 23, 2023, Class Notice Administrator mailed Class Notice to all 373 persons on the Class List and the following persons opted-out: Linda Keith, Carpenter Family Revocable Trust, and Roman & Elizabeth Troyer. The persons listed in Attachment 1 to the Declaration of David W. Epperly are the Class Members (ECF No. 147-1).

1

For the reasons set forth therein, it is:

**ORDERED** that judgment be entered for Plaintiff and the Class Members in the amount of $10,000,000.00.

**ORDERED** that the Court shall retain jurisdiction to decide any motion for attorneys' fees and costs made pursuant to Federal Rule of Civil Procedure 23(h). Class Counsel shall file such motion within thirty (30) days following the issuance of the mandate or other order concluding any appeal taken in this matter, or, if no timely appeal is filed, within thirty (30) days of the expiration of the deadline to file a timely appeal.

**ORDERED** that the Court shall retain jurisdiction to decide any motion for post-judgment interest made pursuant to 28 U.S.C. § 1961. Class Counsel shall file such motion within thirty (30) days following the issuance of the mandate or other order concluding any appeal taken in this matter, or, if no timely appeal is filed, within thirty (30) days of the expiration of the deadline to file a timely appeal.

**ORDERED** that, pursuant to an agreement of the parties, if Antero files a notice of appeal of the judgment pursuant to Federal Rule of Appellate Procedure 4(a), Antero shall not be required to post a bond under Federal Rule of Appellate Procedure 8(a) in order to stay the judgment.

This is a final appealable order.

**IT IS SO ORDERED.**

**8/1/2024**                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**