UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THE GRISSOMS, LLC,**

    **Plaintiff,**

    v.

**ANTERO RESOURCES CORPORATION,**

    **Defendant.**

Case No. 2:20-cv-2028
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Plaintiff The Grissoms, LLC's Motion for Post-Judgment Interest (ECF No. 153) and the parties' Joint Motion for a Proposed Order Establishing Qualified Settlement Fund and Distribution of Judgment (ECF No. 155).

In 2023, this Court denied Defendant Antero Resources Corporation's motion for summary judgment and awarded Plaintiff partial summary judgment on its breach of contract claim. (ECF No. 99.) The parties then stipulated to damages of $10 million (ECF No. 139), and the Court entered judgment accordingly (ECF No. 149). Antero appealed (ECF No. 150), and in April 2025, the Sixth Circuit affirmed the opinion and judgment of this Court (ECF 152).

The Grissoms then moved for post-judgment interest. (ECF No. 153.) Soon after, the parties filed a joint motion asking the Court to enter an order "approving the establishment of a fund to hold the $10 million judgment amount, plus post-judgment interest of $400,000." (ECF No. 155, PageID 3818.) The joint motion asks the Court to find that Antero's "obligation to pay post-judgment interest on the $10 million judgment is fully satisfied" and therefore to deny as moot Plaintiff's motion for post-judgment interest. (*Id.* PageID 3819.)

Accordingly, the Joint Motion for a Proposed Order Establishing Qualified Settlement Fund and Distribution of Judgment (ECF No. 155) is **GRANTED** and Plaintiff's Motion for Post-Judgment Interest (ECF No. 153) is **DENIED as MOOT**. Under the parties' agreement, the Court also **ORDERS** the following:

1. The Court authorizes the establishment of a qualified settlement fund ("QSF") to hold the judgment proceeds, which the parties agree is $10,400,000, inclusive of post-judgment interest. The QSF shall be managed by the Court's previously approved notice administrator (ECF No. 73), Epperly Re:Solutions, and the funds shall be deposited in an account managed by Bank of America, or other qualified financial institution, in an interest-bearing account segregated from the assets of any party to this action, with all interest accruing to the benefit of the fund.

2. No funds shall be distributed from the QSF until further order, after Plaintiff submits a proposed plan of allocation documenting specific payment amounts to class members, and specifying all Court-approved attorneys' fees, litigation costs, and any other appropriate costs.

3. Defendant's obligation to pay post-judgment interest on the $10 million judgment is fully satisfied.

**IT IS SO ORDERED.**

**6/6/2025**  **s/Edmund A. Sargus, Jr.**
**DATE**  **EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**