## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**THE GRISSOMS, LLC,**

      **Plaintiff,**

      v.                      **Case Number 2:20-cv-2028**
                              **Judge Edmund A. Sargus, Jr.**
                              **Magistrate Judge S. Courter M. Shimeall**

**ANTERO RESOURCES CORPORATION,**

      **Defendant.**

### ORDER

This matter is before the Court on Plaintiff The Grissoms, LLC's Unopposed Motion to Authorize Administrator of Qualified Settlement Fund to Pay Taxes. (ECF No. 168.) In June 2025, the Court granted Plaintiff's motion to establish a qualified settlement fund ("QSF") and stated that "[n]o funds shall be distributed from the QSF until further order." (ECF No. 158, PageID 4084). Plaintiff now requests an order authorizing the administrator of the qualified settlement fund, Epperly Re: Solutions, to file federal and state tax returns on the interest income earned by the QSF and to pay taxes on such interest income. (ECF No. 168.)

Accordingly, (ECF No. 168) Plaintiff The Grissoms, LLC's Unopposed Motion to Authorize Administrator of Qualified Settlement Fund to Pay Taxes is **GRANTED**. The administrator, Epperly Re: Solutions is **AUTHORIZED** to cause any taxes imposed on the earnings of the QSF to be paid out of such earnings and otherwise comply with all tax reporting and withholding requirements imposed on the QSF under applicable state and federal tax laws.

This case remains closed.

    **IT IS SO ORDERED.**

**4/10/2026**                              **s/Edmund A. Sargus, Jr.**
**DATE**                                 **EDMUND A. SARGUS, JR.**
                                   **UNITED STATES DISTRICT JUDGE**