**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE GRISSOMS, LLC,**

      **Plaintiff,**

    **v.**                             **Case No. 2:20-cv-2028**
                                          **JUDGE EDMUND A. SARGUS, JR.**
**ANTERO RESOURCES**            **Magistrate Judge S. Courter M. Shimeall**
**CORPORATION,**

      **Defendant.**

## ORDER

This matter is before the Court on Plaintiff The Grissoms, LLC's Motion for Remote Appearance of David Epperly. (ECF No. 170.) A hearing is scheduled in this case for April 29, 2026, on Plaintiff's Motion for Attorney Fees and Expenses (ECF No. 156). (ECF Nos. 166, 167.) Plaintiff requests the Court's permission for the Claims Administrator, David Epperly, to attend the hearing by Zoom due to a preexisting conflict. (ECF No. 170.) For good cause shown, the Court **GRANTS** (ECF No. 170) Plaintiff The Grissoms, LLC's Motion for Remote Appearance of David Epperly. Zoom instructions to follow.

This case remains closed.

    **IT IS SO ORDERED.**

**4/28/2026**                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                       **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**