**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| THE GRISSOMS, LLC,<br><br>Plaintiff,<br>v.<br><br>ANTERO RESOURCES CORPORATION,<br><br>Defendant. | Case No. 2:20-CV-2028-EAS-EPD<br><br>JUDGE EDMUND A. SARGUS, JR.<br><br>MAGISTRATE JUDGE<br>COURTER M. SHIMEALL |

**CONSENT ORDER**

WHEREAS, the Class Administrator Epperly Re: Solutions requires Taxpayer Identification Numbers ("TINs") for each Class member prior to distributing their pro-rata share of the Qualified Settlement Fund so as to comply with Internal Revenue Service ("IRS") regulations that require the Class Administrator to issue a Form 1099-MISC for payments received at tax-year end.

WHEREAS, to obtain said TINs from each Class member the Class Administrator would have to individually send out and receive back a Form W-9 to each Class member at great administrative expense.

WHEREAS, Defendant Antero Resources Corporation ("Antero") collects Class member TINs in their regular course of business and is able to produce TINs for each Class member electronically to the Class Administrator.

WHEREAS, subject to the entry of this Consent Order, the application of the Stipulated Protective Order to any production of TIN data, and Epperly Re: Solutions' entry of a separate confidentiality agreement with Antero, Antero will produce Class member TINs in its possession to the Class Administrator so the Class can avoid incurring additional administrative expenses.

**IT IS THEREFORE ORDERED THAT:**

1. Antero shall electronically produce the Class member TINs to the Class Administrator within 10 days of this Order.
2. The Class Administrator shall treat the Class member TINs as Confidential in accordance with the Stipulated Protective Order entered on October 14, 2020 (Doc. No. 23) and only use it for the purposes of distributing payments to the Class members.

Plaintiff The Grissoms LLC and Defendant Antero Resources Corporation's Joint Motion for Proposed Consent Order (ECF 181) is **GRANTED**.

This case remains closed.

**IT IS SO ORDERED.**

7/30/2026
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

**CONSENTED TO AND APPROVED BY**:

Dated: July 28, 2026

*/s/ Logan Trombley*
Logan Trombley (0096858)
Law Offices of Warner Mendenhall
190 N. Union Street, Suite 201
Akron, Ohio 44304
(330) 535-9160
logan@warnermendenhall.com

John W. Barrett (*pro hac vice*)
Brian R. Swiger (*pro hac vice*)
Victor S. Woods (*pro hac vice*)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(t) (304) 345-6555
(f) (304) 342-1110
jbarrett@baileyglasser.com
bswiger@baileyglasser.com
vwoods@baileyglasser.com

Daniel R. Karon (0069304)
Karon LLC
700 W. St. Clair Ave., Suite 200
Cleveland, Ohio 44113
(216) 622-1851
dkaron@karonllc.com

*Attorneys for Plaintiff and the Class*

*/s/ Saunders McElroy*
Saunders McElroy (*pro hac vice*)
Daniel T. Donovan, P.C. (0067833)
Ragan Naresh, P.C. (*pro hac vice*)
Holly R. Trogdon (*pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 389-5000 / Fax: (202) 389-5200
daniel.donovan@kirkland.com
ragan.naresh@kirkland.com
holly.trogdon@kirkland.com
saunders.mcelroy@kirkland.com

Timothy B. McGranor (0072365)
Ilya Batikov (0087968)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400 / Fax: (614) 719-4954
tbmcgranor@vorys.com
ibatikov@vorys.com

*Attorneys for Defendant*
*Antero Resources Corp.*