**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE GRISSOMS, LLC,**

**Plaintiff,**

**v.**

**ANTERO RESOURCES CORPORATION,**

**Defendant.**

**Case No. 2:20-cv-2028**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge S. Courter M. Shimeall**

**ORDER**

This matter is before the Court on Plaintiff The Grissoms, LLC's Motion to Approve Plan of Allocation of Qualified Settlement Fund. (ECF No. 184.) Plaintiff states that the Settlement Administrator is prepared to administer payments to each class member and seeks approval to commence issuing payments. (*Id.*)

Upon review, the Court **GRANTS** (ECF No. 184) Plaintiff The Grissoms, LLC's Motion to Approve Plan of Allocation of Qualified Settlement Fund.

To the extent that any additional approvals will be needed in this case, Plaintiff is **DIRECTED** to file a proposed order accompanying any such motion for the Court's consideration.

This case remains closed.

**IT IS SO ORDERED.**

**9/8/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**